**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANESHA SHERRON SINCLAIR,<br><br>　　　　　　Petitioner,<br><br>　　vs.<br><br>MARY LATTIMORE, WARDEN,<br><br>　　　　　　Respondent. | CASE NO. CV 09-02222 JHN (RZ)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and the Second Amended Report and Recommendation of United States Magistrate Judge. Further, the Court has engaged in a <u>de</u> <u>novo</u> review of those portions of the Second Amended Report to which Petitioner has objected. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: October 30, 2010

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　JACQUELINE H. NGUYEN
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE