**O**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANESHA SHERRON SINCLAIR, ) | CASE NO. CV 09-02222 JHN (RZ) |
| Petitioner, ) | |
| vs. ) | JUDGMENT |
| MARY LATTIMORE, WARDEN, ) | |
| Respondent. ) | |

This matter came before the Court on the Petition of CANESHA SHERRON SINCLAIR, for a writ of habeas corpus. Having reviewed the Petition and supporting papers, and having accepted the findings and recommendation of the United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied and the action is dismissed with prejudice.

DATED: October 30, 2010

_____
JACQUELINE H. NGUYEN
UNITED STATES DISTRICT JUDGE